FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP - 2 2015

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 4:14CR00217 DPM |
| v. ) | |
| ) | 18 U.S.C. § 641 |
| RUTHIE BENNETT ) | 42 U.S.C. § 408(a)(4) |

## THIRD SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

Beginning in or about November 2009 and continuing until in or about July 2014, in the Eastern District of Arkansas, the defendant,

**RUTHIE BENNETT,**

knowingly and willfully stole and purloined for her own use approximately $83,198.20 in monies belonging to the Social Security Administration, an agency of the United States.

All in violation of Title 18, United States Code, Section 641.

### COUNT TWO

Beginning in or about January 2004 and continuing until in or about July 2014, in the Eastern District of Arkansas, the defendant,

**RUTHIE BENNETT,**

having knowledge of the occurrence of an event affecting her continued right to payment under Title II of the Social Security Act, failed to disclose to the Social Security Administration her work activity with intent to fraudulently secure such payment when no payment was authorized.

All in violation of Title 42, United States Code, Section 408(a)(4).